IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 15-cv-00612-GPG

EKUETA PELAGA,

     Plaintiff,

v.

D. DENHAM, Warden,
FEDERAL BUREAU OF PRISONS, and
PRESENTENCE REPORTER (PSR),

     Defendants.

---

## ORDER CLOSING CASE

---

On March 25, 2015, the Plaintiff submitted to the Court a Prisoner Complaint (ECF No. 1) and a certified copy of his prisoner trust fund account statement (ECF No. 3).  The Clerk of the Court initiated a new civil action.  However, the documents were submitted in response to the Court's January 15, 2015 Order Directing Applicant to Cure Deficiencies and a February 23, 2015 Minute Order entered in Civil Action No. 15-cv-00096-GPG.  Accordingly, the documents should have been filed in Civil Action No. 15-cv-00096-GPG.  It is therefore

ORDERED that the documents filed in this action shall be transferred to Civil Action No. 15-cv-00096-GPG.  It is

FURTHER ORDERED that this case is CLOSED.

DATED March 31, 2015, at Denver, Colorado.

BY THE COURT:

    s/Lewis T. Babcock
LEWIS T. BABCOCK, Senior Judge
United States District Court